Schendlin, S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

KEVIN SCULLARK,

                      Plaintiff,

       -against-

POLICE OFFICER JHONATTAN JOSESANTANA
& JOHN DOE POLICE OFFICERS 1-4,

                      Defendants.
------------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

14 Civ. 8226 (SAS)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Carmen S. Giordano, Esq.
*Attorney for plaintiff*
226 Lenox Avenue
New York, New York 10027
(212) 406-9466

_____
Carmen S. Giordano
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendant*
100 Church Street, 3rd Floor
New York, New York 10007

_____
Brian J. Farrar
*Senior Counsel*

Dated: New York, New York
       July ___, 2015

SO ORDERED:

_____
HON. SHIRA A. SCHEINDLIN.
UNITED STATES DISTRICT JUDGE

2